IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| YOEL ALEJANDRO LICEA PUPO,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et al.,<br><br>Respondents. | 0:26-CV-1640<br><br>ORDER TO SHOW CAUSE |

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody. Filing 1. Pursuant to 28 U.S.C. § 2243,

IT IS ORDERED:

1. The respondents shall, on or before **March 2, 2026**, make a return certifying the true cause and proper duration of the petitioner's detention and showing cause why the writ should not be granted.

2. The respondents' answer must include:

   a. Such affidavits and exhibits as are necessary to establish the lawfulness of the petitioner's detention in light of the issues raised in the petition;

   b. A reasoned memorandum of law and fact explaining the respondents' legal position on the petitioner's claims;

c. The government's position on whether an evidentiary hearing should be conducted; and

d. Whether petitioner was arrested pursuant to a warrant and, if so, a copy of that warrant.

3. The petitioner may reply in support of the petition on or before March 4, 2026.

4. The respondents are enjoined from removing the petitioner from the United States and from the District of Minnesota until further order of the Court.

5. If the petitioner has already been removed from Minnesota, the respondents are ordered to immediately return the petitioner to Minnesota.

Dated this 26th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge